# United States Court of Appeals

## For the Eighth Circuit

_____

No. 24-3575
_____

Darrell Smith

*Petitioner - Appellant*

v.

B. Eischen, Warden

*Respondent - Appellee*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: August 7, 2025
Filed: August 12, 2025
[Unpublished]
_____

Before ERICKSON, STRAS, and KOBES, Circuit Judges.
_____

PER CURIAM.

Darrell Smith appeals following the district court's without-prejudice dismissal of his 28 U.S.C. § 2241 petition. In his petition, Smith challenged the manner in which the Bureau of Prisons (BOP) was calculating and applying his First Step Act time credits toward his pre-release placement in a residential re-entry center (RRC); however, the record demonstrates that Smith has been recommended for RRC

placement based on the BOP's current calculation and application of his time credits. We therefore conclude that his habeas claims are moot, notwithstanding a delay in his RRC placement as a result of the unavailability of bed space, see Miller v. Whitehead, 527 F.3d 752, 756 (8th Cir. 2008) (claim mooted when relief sought was granted); Calderon v. Moore, 518 U.S. 149, 150 (8th Cir. 1996) (per curiam) (federal courts may not give opinions upon moot questions or abstract propositions), and we decline to address the issue Smith seeks to raise for the first time on appeal.

Smith's motion to supplement his filings is granted, and the appeal is dismissed.

_____